Mack DEAN, Appellant

v.

UNITED STATES of America.

No. 17003.

United States Court of Appeals
Eighth Circuit.

Sept. 18, 1962.

Mack Dean, pro se.

F. Russell Millin, U. S. Atty., and Calvin K. Hamilton, Asst. U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion appellee suggesting death of appellant.

UNITED STATES of America, Appellant

v.

Christine GEHRS.

No. 17138.

United States Court of Appeals
Eighth Circuit.

Sept. 12, 1962.

Ramsey Clark, Asst. Atty. Gen., Roger P. Marquis and Hugh Nugent, Attys., Dept. of Justice, Washington, D. C. and F. Russell Millin, U. S. Atty., and David M. Proctor, Jr., Asst. U. S. Atty., for appellant.

Albert J. Yonke, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

W. C. WELSH, as Collector of Internal Revenue, etc., Appellant

v.

NORTHWEST SECURITY NAT. BANK OF SIOUX FALLS, etc., et al.

No. 17153.

United States Court of Appeals
Eighth Circuit.

Sept. 18, 1962.

Louis F. Oberdorfer, Asst. Atty. Gen., for appellant.

T. R. Johnson, Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either party on stipulation, 203 F.Supp. 263.

Arthur GEAMINEA, Appellant

v.

The STATE OF NEBRASKA, etc.

No. 17151.

United States Court of Appeals
Eighth Circuit.

Sept. 24, 1962.

Donald E. Endacott, Lincoln, Neb., for appellant.

Bernard L. Packett, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion appellee suggesting death of appellant, 206 F.Supp. 308.